UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ARAU,<br><br>        Plaintiff,<br><br>    v.<br><br>ROCKET MORTAGAGE, LLC, et al.,<br><br>        Defendants. | Case No.  22-cv-07715-JSC<br><br>**ORDER OF DISMISSAL** |

      Plaintiff, proceeding without the assistance of a lawyer, filed this action against Treasury Secretary Janet Yellen and other employees of the United States Treasury, Rocket Mortgage, LLC (his original mortgage lender), Mortgage Electronic Registration Systems, Inc., Lakeview Servicing (the current servicer of Plaintiff's mortgage), and Frank La Salla, for Quiet Title, an Accounting, and a "Restraint of Trade" with respect to the mortgage loan on Plaintiff's property in Berkeley, California. On June 26, 2023, the Court granted Defendants' motions to dismiss and ordered Plaintiff to file an amended complaint by July 17, 2023.  (Dkt. No. 68.)  Plaintiff did not do so, and instead, submitted additional documents relating to the already disposed of motions to dismiss as well as a motion for summary judgment.  (Dkt. Nos. 71, 72, 73, 74.)  The Court's order warned Plaintiff if he did not file an amended complaint by the deadline, judgment would be entered against him on the complaint.  (Dkt. No. 68 at 4.)  Accordingly, the Court DISMISSES this action for the reasons stated in its prior Order and separately enters judgment in Defendants' favor.

      All pending motions are denied as moot.  (Dkt. Nos. 73, 74.)

      **IT IS SO ORDERED.**

Dated: August 21, 2023

                                                                                    JACQUELINE SCOTT CORLEY<br>
                                                                                    United States District Judge